IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Logan Farms, Inc., et al.,    )
                              )
            Plaintiffs,       )   Case No. C-1-01-437
                              )
     v.                       )
                              )
HBH, Inc., et al.,            )
                              )
            Defendants.       )

O r d e r

The undersigned hereby **RECUSES** herself from further participation in this matter, which is **TRANSFERRED** to the Clerk for reassignment.

**IT IS SO ORDERED.**

```
                         /s/
            Sandra S. Beckwith
            United States District Judge
```