UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

LOGAN FARMS, INC., et al.,

    Plaintiff(s)                             1:01cv0437

    v.

HBH, INC., et al.,

    Defendant(s)

### CLERK'S NOTICE OF REASSIGNMENT

Pursuant to the transfer of this matter to the Clerk of Court for reassignment, this matter is hereby **REASSIGNED** to the docket of the Honorable **Walter H. Rice**, at Dayton, Ohio (Western Division).

                                                  s/ Arthur Hill
                                                  Arthur W. Hill
                                                  Operations Supervisor