**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| LOGAN FARMS, et. al., | § | |
| | § | |
| | § | |
| Plaintiffs, | § | |
| | § | Case No. 1:O1-cv-437 |
| vs. | § | Case No. 1:O1-cv-509 |
| | § | Case No. 1:O1-cv-609 |
| HBH, Inc., DE, et al. | § | (Consolidated Action) |
| | § | |
| Defendants. | § | JUDGE WALTER H. RICE |

## ORDER OF DISMISSAL

On this day Plaintiffs, Logan Farms, Inc. and James P. Logan, Jr. and Defendants, HBH, Inc., Honey Baked Ham Company of Philadelphia, Inc., The Honey Baked Ham Company (a Wisconsin corporation), The Honey Baked Ham Company (an Arizona corporation), The Honey Baked Ham Company (an Ohio corporation), The Honey Baked Ham Company (a Kentucky corporation), The Honey Baked Ham Company (a Missouri corporation), The Honey Baked Ham Company (a Virginia corporation), The Honey Baked Ham Company (a Minnesota corporation), The Honey Baked Ham Company (a Kansas corporation), and The Honey Baked Ham Company (a Delaware corporation) advised the Court that this case had been resolved and requested that the Court sign and enter an order in accordance with their agreement that 1) Plaintiffs' claims in this lawsuit against Defendants arising out of any conduct of Defendants prior to the date of this Order be dismissed with prejudice; and 2) Defendants' counterclaims in this lawsuit against Plaintiffs arising out of any conduct of Plaintiffs prior to the date of this Order be dismissed without prejudice. It is therefore,

ORDERED that Plaintiffs' claims in this lawsuit against Defendants arising out of any conduct of Defendants prior to the date of this Order are dismissed with prejudice. It is further,

ORDERED that Defendants' counterclaims in this lawsuit against Plaintiffs arising out of any conduct of Plaintiffs prior to the date of this Order are dismissed without prejudice.

This Order disposes of all issues in this case and dismisses all claims and counterclaims of Plaintiffs and Defendants. All costs of court are taxed against the party incurring same.

Signed on this _8th_ day of _april_____, 2004.

_____
United States District Judge

APPROVED:

By: s/ Mark Fox Evens_____
Mark Fox Evens
Thelen Reid & Priest LLP
701 Pennsylvania Avenue, N.W.
Suite 800
Washington, D.C. 20004-2608
(202) 508-4000
(202) 508-4321 (fax)

W. Stuart Dornette
Taft, Stettinius & Hollister LLP
1800 Firstar Tower
425 Walnut Street
Cincinnati, OH 45202-3957

ATTORNEY FOR DEFENDANTS

By: s/ William R. Jacobs_____
William R. Jacobs Bar Number: 0022400
Strauss & Troy
The Federal Reserve Building
150 East Fourth Street
Cincinnati, OH 45202-4018
(513) 621-2120
Fax (513) 241-8259

ATTORNEY FOR PLAINTIFFS