IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

LOGAN FARMS

V

HBH

CIVIL ACTION: C-1- 0 1 - 437

JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

I hereby acknowledge receipt of sealed documents # 69 (4 vols) in the above styled case. The undersigned hereby agrees to maintain these documents for any future proceeding.

12·07·04
Date

J. M. Spraffa per William Jacobs
Counsel for